IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHERRY HALL, *et al.*, | ) | Case No. 1:17cv1353 |
| | ) | |
| Plaintiffs, | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| v. | ) | |
| | ) | |
| SISLER HEATING & COOLING, INC., *et al.* | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon review, the court finds that the parties jointly proposed settlement is fair and reasonable, and satisfies the criteria for approval under §216(b) of the FLSA. The settlement was achieved during arms-length negotiations and conducted by experienced counsel. By agreement of the parties and for good cause shown, the court approves the proposed settlement agreement and release.

IT IS SO ORDERED.

Dated: August 6, 2018

*Thomas M. Parker*
United States Magistrate Judge