IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHERRY HALL, *et al.*, | ) | Case No. 1:17cv1353 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| v. | ) | |
| | ) | |
| SISLER HEATING & COOLING, INC., *et al.* | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having granted the joint motion for approval of settlement, the court hereby **DISMISSES** this action with prejudice. The court will retain jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: August 6, 2018

/s/ Thomas M. Parker
Thomas M. Parker
United States Magistrate Judge